1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
3   PAMELA T. JOHANN (CABN 145558)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7025
6       FAX: (415) 436-6748
        pamela.johann@usdoj.gov
7
    Attorneys for Defendant U.S. Fish and Wildlife
8   Service

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12

13  SIERRA CLUB,                        )   No. 4:20-cv-05279-KAW
                                        )
14          Plaintiff,                  )   **JOINT STATUS REPORT AND REQUEST TO**
        v.                              )   **CONTINUE CASE MANAGEMENT**
15                                      )   **CONFERENCE; [PROPOSED] ORDER**
    U.S. FISH AND WILDLIFE SERVICE,     )
16                                      )
            Defendant.                  )
17                                      )
                                        )
18  _____)

19          Pursuant to Court Order dated October 14, 2020, Dkt. 14, the parties, by through their

20  undersigned attorneys, submit this Joint Status Report in this Freedom of Information Act ("FOIA")

21  case.

22          The parties report that, following a meet and confer process, the parties agreed upon, and

23  Defendant performed, a supplemental search for responsive documents.  Pursuant to an agreed-upon

24  production schedule, Defendant released all responsive, non-exempt documents located following that

25  supplemental search on January 7, 2021.  Defendant redacted or withheld certain records pursuant to one

26  or more FOIA exemptions.

27          Plaintiff is in the process of reviewing those records.  Following this review, to the extent that

28  Plaintiff has questions about portions of documents redacted or documents withheld pursuant to various

1   exemptions asserted by Defendant, the parties will engage in a meet and confer process in an effort to

2   resolve any outstanding issues.  The parties believe that this process will be productive and useful in

3   addressing or narrowing any substantive issues that may arise relating to Defendant's release of

4   documents.

5        Accordingly, the parties jointly request that the Case Management Conference set for January

6   19, 2021 be continued until March 16, 2021 to allow the parties additional time to meet and confer in

7   good faith to attempt to resolve as many substantive issues as possible that may arise relating to

8   Plaintiff's FOIA requests.

9                          **CERTIFICATION**

10       In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all

11   signatories listed below concur in the filing of this document.

12   DATED: January 11, 2021                  Respectfully submitted,

13                                          DAVID L. ANDERSON
United States Attorney

14

15                            */s/ Pamela T. Johann*
PAMELA T. JOHANN

16                                          Assistant United States Attorney

17                                          Attorneys for U.S. Fish and Wildlife Service

18

19   DATED: January 11, 2021                  SIERRA CLUB ENVIRONMENTAL LAW
PROGRAM

20

21                                  */s/ Rose Monahan*
ROSE MONAHAN

22                                          Attorneys for Plaintiff Sierra Club

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2      Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered

3  that the Case Management Conference currently set for January 19, 2021 is continued until March 16,

4  2021.  The parties shall provide a joint status report by March 9, 2021.

5      IT IS SO ORDERED.

6  DATED:  January 13, 2021

7

8  

THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28